[No. 51591-8-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. A.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-02502-5, Dale B. Ramerman, J., entered November 21, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51690-6-I.   Division One.   February 9, 2004.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*, v. ROBERT W. BROKAW, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-07598-3, Charles S. French, J., entered November 18, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 51732-5-I.   Division One.   February 9, 2004.]

GARY HARMON, *Appellant*, v. JAN BENNETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-06846-2, Charles S. French, J., entered May 7, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 51851-8-I; 52159-4-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. HOLTON McCOY MILLER, JR., *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 00-1-03253-2 and 01-1-05357-1, Steven C. Gonzalez, J., entered January 27, 2003. *Affirmed* by unpublished per curiam opinion.